IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-189- RLV-DCK

| | |
|---|---|
| JOYCE JUDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ROBERT E. SCHACT, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 1) concerning Peter Drake Mann, filed December 29, 2011. Mr. Mann seeks to appear as counsel *pro hac vice* for Plaintiff Joyce Judy.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Mann is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Joyce Judy.

Signed: December 30, 2011

David C. Keesler
United States Magistrate Judge