**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-189- RLV-DCK**

| | | |
|---|---|---|
| JOYCE JUDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT E. SCHACT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Initial Attorney's Conference" (Document No. 12) filed May 21, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Initial Attorney's Conference" (Document No. 12) is **GRANTED**. The parties shall conduct an Initial Attorney's Conference and file a Certification of Initial Attorney's Conference pursuant to Local Rule 16.1 and the Federal Rules of Civil Procedure on or before **June 22, 2012**.

Signed: May 22, 2012

David C. Keesler
United States Magistrate Judge