IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-189-DCK

| | |
|---|---|
| JOYCE JUDY, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ROBERT SCHACHT, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The Court notes that the parties have failed to identify a mediator as required by the "Pretrial Order And Case Management Plan" (Document No. 16, p.1, 5). The deadline to identify a mediator was October 1, 2013. Id. To date, no mediator has been identified.

**IT IS, THEREFORE, ORDERED** that the parties identify a mediator on or before **October 10, 2013**.

**SO ORDERED.**

Signed: October 3, 2013

David C. Keesler
United States Magistrate Judge

1