# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:11-CV-189-DCK

| | |
|---|---|
| JOYCE JUDY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ROBERT E. SCHACHT, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The undersigned observes that the deadlines for discovery, mediation, and motions have all passed. (Document No. 16). Notably, on October 3, 2013, a Court "Order" (Document No. 17) directed the parties to identify a mediator, and on October 11, 2013, the parties identified Jeffrey Mackie as their mediator. (Document No. 18). However, to date, no mediation report has been filed. The undersigned respectfully reminds the parties that failure to comply with the provisions of the "Pretrial Order And Case Management Plan" may result in sanctions. (Document No. 16, pp.10-11).

**IT IS, THEREFORE, ORDERED** that a Mediation Report shall be filed on or before **April 10, 2014**.

**IT IS FURTHER ORDERED** that if this matter has not settled, the parties shall file a Status Report, jointly if possible, on or before **April 10, 2014**, that briefly updates the Court on the status of this case and explains the parties' failure to file a timely report on mediation.

**SO ORDERED**.

Signed: April 3, 2014

David C. Keesler
United States Magistrate Judge