# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:11-CV-189-DCK

| | |
|---|---|
| JOYCE JUDY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| ROBERT E. SCHACHT, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. The undersigned observes that this matter is scheduled for trial in Statesville, North Carolina during the civil term beginning September 15, 2014.

**IT IS, THEREFORE, ORDERED** that the parties are to appear for the final pretrial conference in this matter on **Thursday, September 4, 2014** at **2:00 p.m.** at the Charles R. Jonas Federal Courthouse, 401 W. Trade Street, Courtroom #3, Charlotte, North Carolina.

**SO ORDERED**.

Signed: July 16, 2014

David C. Keesler
United States Magistrate Judge