**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-189-DCK**

| | |
|---|---|
| **JOYCE JUDY,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ROBERT E. SCHACHT,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

**IT IS, THEREFORE, ORDERED** that the parties are to appear for trial in this matter beginning on **Wednesday, October 15, 2014** starting at **9:00 a.m.** at the Charles R. Jonas Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina. Courtroom location will be determined later.

**SO ORDERED**.

Signed: August 27, 2014

David C. Keesler
United States Magistrate Judge