# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:11-CV-189-DCK

| | |
|---|---|
| JOYCE JUDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ROBERT E. SCHACHT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The undersigned held a Status Conference in this matter on September 4, 2014. During that conference, the undersigned suggested, and counsel for the parties both agreed, that additional motions practice may significantly narrow the issues before the Court. Based on the record and the request of the parties, the undersigned will re-open the opportunity for the parties to file dispositive motions and will cancel the current trial setting for October 15, 2014.

Counsel are respectfully advised that any further failure to abide by Court deadlines or other provisions of the "Pretrial Order And Case Management Plan" (Document No. 16) will likely result in sanctions against the attorneys individually and/or the parties. See (Document No. 16, pp.10-11).

**IT IS, THEREFORE, ORDERED** that the parties may file dispositive motions, consistent with the requirements of the Local Rules and the Federal Rules of Civil Procedure, on or before **September 25, 2014**.

**IT IS FURTHER ORDERED** that the trial scheduled for October 15, 2014 is cancelled. The Final Pretrial Conference and Trial are continued until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that the "Motion In Limine By Joyce Judy" (Document No. 26) is **DENIED WITHOUT PREJUDICE.**

**SO ORDERED**.

Signed: September 4, 2014

David C. Keesler
United States Magistrate Judge