## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:11-CV-189-DCK

| | |
|---|---|
| JOYCE JUDY,                ) | |
|             ) | |
|          **Plaintiff,**      ) | |
|             ) | |
|     **v.**                  ) | <u>**ORDER**</u> |
|             ) | |
| **ROBERT E. SCHACHT,**     ) | |
|             ) | |
|          **Defendant.**      ) | |
|             ) | |

       **THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

       **IT IS, THEREFORE, ORDERED** that the parties are to appear for trial in this matter beginning on **Tuesday, February 17, 2015**, starting at **9:00 a.m.** at the Charles R. Jonas Federal Courthouse, 401 W. Trade Street, Courtroom #3, Charlotte, North Carolina.

       **IT IS FURTHER ORDERED** that the Final Pretrial Conference is set for **Tuesday, February 3, 2015**.

       **SO ORDERED**.

Signed: October 1, 2014

David C. Keesler
United States Magistrate Judge