IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-189-DCK

| JOYCE JUDY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ROBERT E. SCHACHT, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

**IT IS, THEREFORE, ORDERED** that the parties are to appear for trial in this matter beginning on **January 26, 2015**, starting at **9:00 a.m.** at the Charles R. Jonas Federal Courthouse, 401 W. Trade Street, Courtroom #3, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference is set for **January 15, 2015**.

**SO ORDERED**.

Signed: October 8, 2014

David C. Keesler
United States Magistrate Judge