# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JOYCE JUDY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:11-CV-00189-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT E. SCHACHT, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 17, 2014, Order.

Signed: December 18, 2014

_____
Frank G. Johns, Clerk
United States District Court